IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-11562 |
| KATRINA M. UPHOLZ, | ADVERSARY CASE NO. 23-1061 |
| Debtor. | CHAPTER 7 |
| KATRINA M. UPHOLZ, | JUDGE JESSICA PRICE SMITH |
| Plaintiff, | <u>UNNOPPOSED AMENDED MOTION TO CONTINUE HEARING</u> |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. | |

NOW COMES the United States of America, on behalf of its agency, Department of Education ("Education"), by its attorney, Rebecca C. Lutzko, United States Attorney for the Northern District of Ohio, through Kathryn Andrachik, Assistant U.S. Attorney, and hereby moves this Honorable Court to continue the hearing on Plaintiff's Complaint and Education's Answer. Debtor's Counsel has no objection to this motion.

WHEREFORE, the United States moves this Honorable Court to Continue the Hearing on Plaintiff's Complaint scheduled for December 13, 2023, at 10:00 a.m. to February 14, 2024, at 10:00 a.m.

          Respectfully submitted,

          REBECCA C. LUTZKO
          United States Attorney

By:   s/Kathryn G. Andrachik
      Kathryn G. Andrachik (OH: 0093998)
      Assistant United States Attorney
      801 West Superior Avenue, Suite 400

Cleveland, OH 44113
(216) 622-3804
(216) 522-4982 (facsimile)
Katrhyn.andrachik@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on **December 8, 2023,** a true and correct copy of the foregoing *Motion to Continue Hearing* was served:

Via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Kathryn G. Andrachik on behalf of Education at Kathryn.andrachik@usdoj.gov
Michael Attali on behalf of Debtor/Plaintiff at Michael.attali@lasclev.org
Eric Zell on behalf of Debtor/Plaintiff at ezell@lasclev.org