**IT IS SO ORDERED.**

Dated:  20 December, 2023 03:59 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 23-11562 |
| | ) | |
| KATRINA M. UPHOLZ, | ) | ADVERSARY CASE NO. 23-1061 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| KATRINA M. UPHOLZ, | ) | JUDGE JESSICA PRICE SMITH |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

This cause is before the Court on the Motion of the United States of America for an order continuing the Hearing scheduled for December 13, 2023, at 10:00 a.m. to February 14, 2024, at 10:00 a.m. The motion of the United States is well taken, and it is hereby,

ORDERED that the hearing will be held on February 14, 2024, at 10:00 a.m.

###

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

s/Kathryn G. Andrachik
Kathryn G. Andrachik (OH: 0093998)
Assistant United States Attorney
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3804
(216) 522-4982 (facsimile)
Katrhyn.andrachik@usdoj.gov

SERVICE INSTRUCTIONS TO THE CLERK

Please serve the following with copies of the foregoing Order, via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Kathryn G. Andrachik on behalf of Education at Kathryn.andrachik@usdoj.gov
Michael Attali on behalf of Debtor/Plaintiff at Michael.attali@lasclev.org
Eric Zell on behalf of Debtor/Plaintiff at ezell@lasclev.org